# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-01657-001-TUC-JGZ (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel Alexander Brewer, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Eric J. Markovich, recommending the Court find that Defendant Daniel Alexander Brewer violated his supervised release conditions as set forth in Allegation A, Mandatory Condition #3; Allegation C, Special Condition #1; Allegation D, Special Condition #4; Allegation E, Special Condition #5; and Allegation F, Special Condition #7, of the Petition to Revoke. (Doc. 73.) The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report and the record, the Court will adopt the recommendation.

IT IS ORDERED:

1. Magistrate Judge Markovich's Report and Recommendation (Doc. 73) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.

///

3. Final Disposition Hearing IS SET FOR Friday, October 10, 2025, at 10:30 a.m., before this Court.

Dated this 2nd day of September, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge